FILED

09/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0182

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0182

_____

BROADWATER COUNTY, MONTANA,

      Plaintiff and Appellee,

  and

HELENA INDEPENDENT RECORD,

      Defendant and Appellee,

  v.

PERSONS WITH AN INTEREST IN THE
RELEASE OF CONFIDENTIAL CRIMINAL
JUSTICE INFORMATION PERTAINING TO
THE INVESTIGATION AND PROSECUTION
OF JASON ELLSWORTH: JASON
ELLSWORTH,

      Defendants and Appellants.

_____

O R D E R

Upon consideration of Appellant's motion for extension of time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 26, 2022, within which to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2022